# Third District Court of Appeal

## State of Florida

Opinion filed February 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1899
Lower Tribunal No. 17-8943

_____

**Miriam Reyes,**
Appellant/Cross-Appellee,

vs.

**United Property & Casualty Insurance Company,**
Appellee/Cross-Appellant.

An Appeal from the Circuit Court for Miami-Dade County, Martin Zilber, Judge.

Giasi Law, P.A., and Erin M. Berger and Melissa A. Giasi (Tampa), for appellant/cross-appellee.

Banker Lopez Gassler P.A., and Sarah Lahlou-Amine (Tampa), for appellee/cross-appellant.

Before LOGUE, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed. See Brown v. Estate of Stuckey, 749 So. 2d 490, 496 (Fla. 1999) ("[A]n appellant seeking to overturn [a trial court's order granting a new trial] has a heavy burden and any abuse of discretion by the trial court must be clear from the record."); Van v. Schmidt, 122 So. 3d 243, 253 (Fla. 2013) ("The mere showing that there was evidence in the record to support the jury verdict does not demonstrate an abuse of discretion."); Vargas v. Safepoint Ins. Co., 47 Fla. L. Weekly D171 (Fla. 3d DCA Jan. 12, 2022) ("We agree with the Fourth District and apply this 'more common' definition of the term 'false statement' to include an element of intent.").